IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLEITON LOPES-FERREIRA SOUZA,     :
     :
        *Petitioner,*     :
     :
       v.     :  **CIVIL NO. 26-1206**
     :
KRISTI NOEM et al.,     :
     :
     :
        *Respondents.*     :

## ORDER

**AND NOW**, this **25th** day of **February 2026**, upon consideration of Petitioner's Motion for Temporary Restraining Order (ECF No. 2) and upon consideration of representations made by counsel for Petitioner and counsel for Respondents during a telephonic status conference held on this same day, it is hereby **ORDERED** that Petitioner's Motion (ECF No. 2) is **DENIED**.

BY THE COURT:

_____

HON. KAI N. SCOTT
United States District Court Judge