IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLEITON LOPES-FERREIRA SOUZA,<br>*Petitioner,* | :<br>:<br>: |
| v. | : CIVIL NO. 26-1206<br>: |
| JAMAL L. JAMISON et al.,<br>*Respondents.* | :<br>:<br>:<br>: |

Scott, J.                                                                                                         March 3, 2026

## MEMORANDUM

Petitioner Cleiton Lopes-Ferreira Souza filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking immediate release. ECF No. 1 [hereinafter Pet.]. Petitioner alleges that his detention by the United States Immigration and Customs Enforcement ("ICE") violates the Administrative Procedure Act and his Due Process rights. Pet. at 7-10.

Petitioner is a citizen and national of Brazil. ECF No. 2 at 2. Petitioner was arrested by ICE on February 25, 2026, at approximately 8:00 a.m. while preparing his thirteen-year-old son for school. Pet. at 2. The Government has described Petitioner's situation as a "*Q. Li*" case, referring to the Board of Immigration Appeals' decision in *Matter of Q. Li.* 29 I&N Dec. 66 (BIA 2025). But regardless of the specific factual context of an individual's entry into the United States and subsequent detention under 8 U.S.C. § 1225(b)(2)(A), the issue here is one of statutory interpretation. Petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), which states that "in the case of an alien who is an applicant for admission, if the examining immigration officer determines that an alien seeking admission is not clearly and beyond a doubt entitled to be admitted, the alien shall be detained for a proceeding under section 1229a of this title."

For the reasons given in *Kashranov v. Jamison* and *Demirel v. Fed. Det. Ctr. Philadelphia*,

1

this Court holds that Petitioner's detention violates the Immigration and Nationality Act ("INA"). 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025); *see also Ndiaye v. Jamison*, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *see also Cantu-Cortes v. O'Neill*, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025); *see also Centeno Ibarra v. Warden of the Fed. Det. Ctr. Philadelphia*, 2025 WL 3294726 (E.D. Pa. Nov. 25, 2025).

This Court therefore grants Petitioner's request for immediate release, given that his detention under 8 U.S.C. § 1225(b)(2)(A) violates the INA. Petitioner also requests attorneys' fees and costs under the Equal Access to Justice Act. The Government has not briefed this issue in its response. The Court will set out a separate briefing schedule on this issue.