IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLEITON LOPES-FERREIRA SOUZA,  :
   *Petitioner,*     :
            :
  v.         : **CIVIL NO. 26-1206**
            :
JAMAL L. JAMISON et al.,    :
   *Respondents.*     :
            :

## ORDER

**AND NOW,** this **3rd** day of **March 2026,** upon consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1), the Government's Answer (ECF No. 8), and the Petitioner's Reply (ECF No. 9), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Petitioner from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on March 4, 2026**.

2. The Government is enjoined from detaining Petitioner under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. Petitioner's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, will be granted if the Government does not submit, by **March 10, 2026,** a brief explaining its position regarding attorneys' fees. Petitioner may submit a reply within **seven days** of the Government's brief. Briefs must conform with Judge Scott's Policies and Procedures.

BY THE COURT:

_____
HONORABLE KAI N. SCOTT
United States District Court Judge