# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOPES-FERREIRA SOUZA, CLEITON,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security;<br><br>PAMELA BONDI, Attorney General of the United States;<br><br>CAMILLA WAMSLEY, Philadelphia Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement;<br><br>J.L.JAMISON, Warden of Federal Department of Corrections, Philadelphia,<br><br>*Respondents*. | Civil Action No. 26-cv-1206 |

## STIPULATION AND ORDER

The parties, subject to the Court's ORDER, hereby stipulate and agree as follows:

1. The deadline for the respondents to brief the issue of attorneys' fees as ordered by the Court is March 10, 2026.
2. The petitioner shall have two weeks (until March 24, 2026) to file his brief in response, including an application setting forth his costs and attorneys' fees.
3. The respondents shall have one week (until March 31, 2026) to file their reply, and, if they choose, to address the reasonableness of the costs and attorneys' fees as set forth in petitioner's application.

Dated: March 9, 2026

*/s/ Eric Rosenfeld*
R&G Legal Solutions
3662 N 21st Street
Philadelphia, PA 19140
*eric@rglegalsolutions.com*
*Counsel for Petitioner*

*/s/ Viveca D. Parker*
VIVECA D. PARKER
Assistant U.S. Attorney
United States Attorney's Office
615 Chestnut St.
Philadelphia, PA 19106
Viveca.parker@usdoj.gov
*Counsel for Respondents*

**BY THE COURT**

September 23, 2026

HON. KAI N. SCOTT
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing stipulation and order was filed electronically and is available for viewing and downloading from the ECF system.

March 9, 2026

*/s/ Viveca D. Parker*
VIVECA D. PARKER
Assistant United States Attorney