**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CLEITON LOPES-FERREIRA SOUZA,** *Petitioner,* | : | |
| **v.** | : | **CIVIL NO. 26-1206** |
| **KRISTI NOEM et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW,** this **24th** day of **September 2026,** upon consideration of Respondents' Brief Regarding Petitioner's Claim for Attorneys' Fees (ECF No. 15), it is hereby **ORDERED** that Petitioner shall respond to Respondents' Brief by **October 6, 2026**, detailing whether Petitioner is still seeking attorneys' fees and, if so, addressing the arguments raised in Respondents' Brief.

**BY THE COURT:**

**HON. KAI N. SCOTT**
**United States District Court Judge**