**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CLEITON LOPES-FERREIRA SOUZA,** *Petitioner,* | : | |
| **v.** | : | **CIVIL NO. 26-1206** |
| **KRISTI NOEM et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW,** this **7th** day of **October 2026,** upon consideration of Petitioner's request for attorneys' fees (ECF No. 1 at 13 ¶ 10), Respondents' response in opposition (ECF No. 15), and Petitioner's failure to reply as ordered by this Court (ECF No. 17), it is hereby **ORDERED** that Petitioner's request for attorneys' fees is **DENIED**. It is **FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.

**BY THE COURT:**

Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**